# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIANE L. CHIRESS,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:09-cv-883-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Complaint for review of the final decision of the Commissioner denying the Plaintiff's Social Security disability benefits (Doc. No. 1) filed May 26, 2009.

The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and that the case be remanded for additional proceedings. No objections have been filed.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 7, 2010, 2009 (Doc. No. 20) is hereby **CONFIRMED** and **ADOPTED**.

2. The decision of the Commissioner is **REVERSED** and the case is **REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g) for consideration of new and material evidence timely submitted by Plaintiff.

3. The parties are directed to file by September 25, 2010, and every 90 days thereafter, a status report regarding the status of the remanded administrative proceedings.

4. The Clerk is directed to administratively close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 28th day of June, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party